IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-368-D

| | | |
|---|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER** |
| FOREST PARK ASSET MANAGEMENT, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 27], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 23], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This **20** day of July 2021.

JAMES C. DEVER III
United States District Judge